IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA,
HAMMOND DIVISION

| | |
|---|---|
| BLANCA I. CAMACHO, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE PABEY and FRED VASQUEZ, individually and in their official capacity as Mayor and Director of Human Resources of the City of East Chicago, Indiana, respectively, the CITY OF EAST CHICAGO, INDIANA, a municipal corporation, and the EAST CHICAGO HEALTH DEPARTMENT, <br><br> Defendants. | No. 2:05-CV-456 <br><br> Judge Lozano <br><br> Magistrate Cherry |

**DEFENDANTS' MOTION TO WITHDRAW**
**THE APPEARANCE OF ETHAN G. ZELIZER**

Defendants, GEORGE PABEY, FRED VASQUEZ, THE CITY OF EAST CHICAGO, INDIANA and THE EAST CHICAGO HEALTH DEPARTMENT ("Defendants"), by their attorneys, the law firm of Morgan, Lewis & Bockius LLP, hereby respectfully move this Court to withdraw the appearance of one of their former attorneys, Ethan G. Zelizer. In support of this Motion, Defendants state as follows:

1. Defendants have retained the law firm of Morgan, Lewis & Bockius LLP to represent their interests in this matter. Several attorneys from the firm have filed their appearances and have appeared before this Court, including Charles C. Jackson, Mary A. Smigielski, Charis A. Runnels and Kirsten M. Evans.

2. Mr. Zelizer left Morgan, Lewis & Bockius LLP effective July 14, 2006. Therefore, Defendants wish to withdraw his appearance from this matter.

3. Defendants will continue to be represented in this matter by Morgan, Lewis & Bockius LLP. No party will be prejudiced nor will any delay result from the withdrawal of Mr. Zelizer.

WHEREFORE, Defendants respectfully request that this Court withdraw the appearance of Ethan G. Zelizer.

Dated: August 10, 2006

Respectfully submitted,

s/ Charis A. Runnels

Charles C. Jackson
Mary A. Smigielski
Charis A. Runnels
Kirsten M. Evans

MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive-Fifth Floor
Chicago, Illinois  60601
312.324.1000
312.324.1001 (fax)
crunnels@morganlewis.com

*Attorneys for Defendants*

1-CH/176730.1

## **CERTIFICATE OF SERVICE**

I, Charis A. Runnels, an attorney, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Anthony DeBonis, Jr. at tony@smithanddebonis.com

    Terrance L. Smith at terry@smithanddebonis.com

      s/ Charis A. Runnels

Dated:  August 10, 2006